1  JORDAN S. ALTURA (SBN: 209431)
   jaltura@grsm.com
2  ZINA YU (SBN: 291993)
   zyu@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
7

8  JOHN C. ADAMS, III – BAR NO. 88824
   HUNT & ADAMS, INC.
9  2070 North Tustin Avenue
   Santa Ana, California 92705-7827
10 Telephone: (714) 558-9000
   Facsimile:   (714) 558-0152
11 Email: John@huntadams.com

12 Attorneys for Plaintiff
   ALEXANDRA LE
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA LE<br><br>           Plaintiff.<br><br>      vs.<br><br>THE STANDARD INSURANCE COMPANY, and DOES 1 through 30, inclusive,<br><br>           Defendants. | Case No. 8:21-cv-01465-JVS-DFM<br><br>**JOINT STIPULTION OF DISMISSAL WITH PREJUDICE**<br><br><br>Complaint filed in Orange County Superior Court on May 19, 2021<br><br>Removed on September 7, 2021 |

**TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Alexandra Le, by and through her undersigned counsel, and Defendant Standard Insurance Company, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Dated: August 4, 2022        HUNT & ADAMS, INC.

By  */s/ John C. Adams, III*
     John C. Adams, III
Attorneys for Plaintiff
ALEXANDRA LE

Dated: August 4, 2022        GORDON REES SCULLY MANSUKHANI, LLP

By  */s/ Jordan S. Altura*
     Jordan S. Altura
     Zina Yu
Attorneys for Defendant
STANDARD INSURANCE COMPANY

**ATTESTATION OF E-FILED SIGNATURES**

I am the ECF user whose ID and password are being used to file the foregoing document. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that John C. Adams, III, attorney for Plaintiff Alexandra Le, has concurred in this filing.

Dated: August 4, 2022        */s/ Jordan S. Altura*
                              Jordan S. Altura