JORDAN S. ALTURA (SBN: 209431)
jaltura@grsm.com
ZINA YU (SBN: 291993)
zyu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
STANDARD INSURANCE COMPANY

JOHN C. ADAMS, III – BAR NO. 88824
HUNT & ADAMS, INC.
2070 North Tustin Avenue
Santa Ana, California 92705-7827
Telephone: (714) 558-9000
Facsimile: (714) 558-0152
Email: John@huntadams.com

Attorneys for Plaintiff
ALEXANDRA LE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA LE<br><br>    Plaintiff.<br><br>    vs.<br><br>THE STANDARD INSURANCE COMPANY, and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No. 8:21-cv-01465-JVS-DFM<br><br>**ORDER RE JOINT STIPULTION OF DISMISSAL WITH PREJUDICE**<br><br><br>Complaint filed in Orange County Superior Court on May 19, 2021<br><br>Removed on September 7, 2021 |

[PROPOSED] ORDER

## ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

Dated: August 09, 2022

By: _____
District Court Judge James V Selna